TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00225-CV








In re Texas Health System, Individually and d/b/a Texas Health Resources and

Presbyterian Hospital of Dallas; Texas Health Resources, Individually

and d/b/a Presbyterian Hospital of Dallas; and

Presbyterian Hospital of Dallas








ORIGINAL PROCEEDING FROM TRAVIS COUNTY





M E M O R A N D U M O P I N I O N





 Relators' petition for writ of mandamus is denied. See Tex. R. App. P. 52.8(a).



 __________________________________________

 Mack Kidd, Justice

Before Justices Kidd, Yeakel and Patterson

Filed: June 12, 2003